EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: Extensión de términos por motivo de concesión de la tarde del 31 de diciembre de 2019. | 2019 TSPR 240 203 DPR _____ |
|---|---|

Número del Caso:  EM-2019-08

Fecha:  27 de diciembre de 2019

Materia:  Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Extensión de términos por motivo      EM-2019-08
de concesión de la tarde del 31
de diciembre de 2019.

RESOLUCIÓN

En San Juan, Puerto Rico, a 27 de diciembre de 2019.

La Jueza Presidenta, Hon. Maite D. Oronoz Rodríguez, emitió la Orden Administrativa OAJP-2019-057, de 26 de diciembre de 2019, mediante la cual concedió la tarde del 31 de diciembre de 2019, libre con cargo a licencia de vacaciones.

Como resultado de lo anterior, y al amparo de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos en las distintas leyes, reglas o reglamentos a los procedimientos y trámites judiciales de los casos y asuntos a celebrarse en todas las Regiones Judiciales, se aplicará lo dispuesto en los artículos 388 y 389 del Código Político de 1902, 1 LPRA secs. 72 y 73, por lo que se considerará el 31 de diciembre como día feriado. Cualquier término que venza durante ese día, se extenderá al día laborable siguiente.

Se ordena la difusión pública inmediata de esta Resolución.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina.

Sonnya Isabel Ramos Zeno
Secretaria del Tribunal Supremo Interina